UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


BONNIE S. MONTAGUE, ET AL                           CIVIL ACTION

VERSUS                                              NO: 12-98

TRIAD GROUP, INC., ET AL                            SECTION: "H"(1)


**O R D E R**

On August 14, 2012 Defendants H&P Industries, Inc. and Triad Group., Inc. gave notice to the Court that they filed a petition for bankruptcy on August 9, 2012. (Doc. 63.)  On August 21, 2012 the Court ordered that all proceedings against these Defendants be stayed and requested the parties to brief whether or not the entire matter should be stayed pending the bankruptcy proceedings. (Doc. 64.)  The parties subsequently filed their briefs. (*See* Docs. 66, 68-70.)  Every party agreed that the entire matter should be stayed pending the bankruptcy proceedings. (*See Id.*)

Accordingly;

**IT IS ORDERED** that the entire matter is hereby **STAYED** pending the proceedings in the bankruptcy court.

**IT IS FURTHER ORDERED** that the pending Motion to Set Aside Default filed by H&P Industries,

Triad Group, Inc., and Triad Pharmaceuticals (Doc. 55) be DISMISSED WITHOUT PREJUDICE.  These parties have the right to re-urge the motion after the stay of these proceedings is lifted.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this Order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 29th day of November, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE